UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| KENSHAWN J. MAXEY,<br><br>  Petitioner,<br><br>vs.<br><br>WILLIAM DONAT, et al.,<br><br>  Respondents. | CASE NO. 3:09-cv-00012-ECR-VPC<br><br>ORDER<br>APPOINTING COUNSEL |

On August 5, 2009, this Court entered an Order (Doc. #19) admitting Lisa A. Rasmussen, Esq., to the CJA panel *pro hac vice* and appointing her to represent Petitioner, in view of the Notice of Conflict filed by the Federal Public Defender's Office (Doc. #18). On September 8, 2009, Ms. Rasmussen filed a Notice to the Court (Doc. #20) accepting the appointment as counsel for Petitioner.

**IT IS THEREFORE ORDERED** that effective August 5, 2009, **Lisa A. Rasmussen, Esq.,** 616 South 8th Street, Las Vegas, NV 89101, (702) 471-6565, is hereby **APPOINTED** to represent the Petitioner herein. Ms. Rasmussen shall represent Petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18. U.S.C. Section 3006A (a)(2)(B), until allowed to withdraw. Ms. Rasmussen has indicated that she is aware of the Court's briefing schedule previously set.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

Dated, this 15th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

-1-